JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOSEPH SIXTA,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 5:19-cv-00332-VAP-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 6, 2019

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE